UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| CAROLANN HIAA PALAKIKO,<br><br>            Plaintiff,<br><br>    vs.<br><br>STATE OF HAWAII, OAHU CORRECTIONAL COMMUNITY CENTER, STATE OF HAWAII DISTRICT COURT (WAIANAE DIVISION), ALAKEA HONOLULU DIVISION, HONOLULU POLICE DEPARTMENT, LOCATIONS REALTORS (VILLAS AT AELOA), NAMED AND UN NAMED; AMANDA MERCADO, CHRYSTAL YEE, PUUWAI KEKOA-JOHNSON, HARLEY KIM-HAHN, MR. JEREMIAH, MR. KO, MR. MUELLER, MS. BALLARD, T. PERKIN, MR. GOEAS, HPD; MRS. GOEAS, HPD; MR. GAYABYAB, L. PALAKIKO, OTHERS HPD, AGNES BALALONG, BEN BALALONG, IKAIKA BALALONG, (SON); MIKE VAN ARSWAD, PUA FIFE, RICKY OKENO, CHANTEL OKENO, OTHERS NAMES UN NAMED, PUA FIFE UNCLE AND HOUSE HOLD, ARLENE SADALIN, AND HOUSE HOLD WITH OKENO; JUDGE DOI, JUDGE IHA, JUDGE YOO, JUDGE HAIA, JOE LOGAN, AND OTHERS; RICK BLANGIARDI, AND OTHERS, UN NAMED; DAVID IGE, AND OTHERS, UN NAMED; AND JOSH GREEN, AND OTHERS, UN NAMED;<br><br>            Defendants. | CIV. NO. 23-00463 LEK-KJM |

**ORDER DISMISSING CASE WITH PREJUDICE**

On November 16, 2023, pro se Plaintiff Carolann Hiaa Palakiko ("Plaintiff") filed the Complaint for Violation of

Civil Rights ("Complaint") and an Application to Proceed in District Court Without Prepaying Fees or Costs ("Application"). [Dkt. nos. 1, 2.] On December 21, 2023, this Court issued an order dismissing Plaintiff's Complaint with leave to amend, and reserving ruling on Plaintiff's Application. [Dkt. no. 4.[1]] The deadline for Plaintiff to file her amended complaint was January 22, 2024. [Id. at 7.]

As of the date of this Order, Plaintiff has neither filed an amended complaint nor requested an extension of the filing deadline. Because Plaintiff has not identified any circumstance which constitutes good cause warranting an extension of the January 22, 2024 deadline, this Court has the discretion to dismiss the Complaint with prejudice. See Yourish v. Cal. Amplifier, 191 F.3d 983, 988 (9th Cir. 1999) (holding that the plaintiff's failure to comply with a minute order setting forth the deadline to file the amended complaint gave the district court the discretion to dismiss the case under Fed. R. Civ. P. 41(b)),[2] *superseded by statute on other grounds as recognized in* Russel v. United States, Case No.: 21cv1029-LL-MDD, 2023 WL 2919319, at *3 (S.D. Cal. Apr. 12, 2023). After

---

[1] The order is also available at 2023 WL 8850274.
[2] Fed. R. Civ. P. 41(b) states, in pertinent part: "If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."

2

weighing the five dismissal factors set forth in Dreith v. Nu Image, Inc., 648 F.3d 779, 788 (9th Cir. 2011),[3] this Court finds that the public interest in the expeditious resolution of this litigation and this Court's interest in managing the docket strongly outweigh the policy favoring disposition of Plaintiff's claims on the merits. Moreover, the defendants will not be prejudiced by the dismissal because Plaintiff did not serve the Complaint, and there are no less drastic alternatives available at this time.

The claims in Plaintiff's Complaint for Violation of Civil Rights, which this Court previously dismissed without prejudice, are HEREBY DISMISSED WITH PREJUDICE.  This Court DIRECTS the Clerk's Office to enter final judgment and close the case on **February 8, 2024,** unless Plaintiff files a timely motion for reconsideration of this Order as provided for in Rule 60.1

---

[3] The Ninth Circuit has

> identified five factors that a district court must consider before dismissing a case . . . : (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the other party; (4) the public policy favoring the disposition of cases on their merits; and (5) the availability of less drastic sanctions.

Dreith, 648 F.3d at 788 (citation and internal quotation marks omitted).

3

of the Local Rules of Practice for the United States District Court for the District of Hawaii.

    IT IS SO ORDERED.

    DATED AT HONOLULU, HAWAII, January 24, 2024.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**CAROLANN HIAA PALAKIKO VS. STATE OF HAWAII, ET AL; CV 23-00463 LEK-KJM; ORDER DISMISSING CASE WITH PREJUDICE**

4